Matter of Jones v New York State Commn. on Jud. Conduct

2026 NY Slip Op 02362

April 16, 2026

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of the Hon. Walter W. Jones, a Justice of the Canandaigua Town Court, Ontario County. Walter W. Jones, Petitioner; New York State Commission on Judicial Conduct, Respondent.

Decided on April 16, 2026

No. 67

Charles D. Steinman, for petitioner.

Robert H. Tembeckjian, for respondent.

[*1]

On the Court's own motion, it is determined that Honorable Walter W. Jones is suspended with pay, effective immediately, from the office of Justice of the Canandaigua Town Court, Ontario County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44 (8), pending review of a determination of the State Commission on Judicial Conduct. Chief Judge Wilson and Judges Garcia, Singas, Cannataro, Troutman and Halligan concur.

Judge Rivera took no part.

Decided April 16, 2026